UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD HATCH, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ACCLARENT, INC.; JOHNSON AND JOHNSON,<br><br>    Defendants. | Case No. 2:22-cv-00323-RSL<br><br>**ORDER GRANTING DEFENDANT ACCLARENT'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE AND/OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

This matter having come before the Court on the unopposed Motion of Defendant Acclarent, Inc. ("Acclarent") for an Order extending the time to answer, move, or otherwise respond to Plaintiff's Amended Complaint, and for good cause shown,

IT IS HEREBY ORDERED that Defendant Acclarent's Motion is GRANTED and Defendant Acclarent's Answer, filed on March 25, 2022, is timely and will be considered.

Dated this 4th day of March, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLTF'S AMENDED COMPLAINT
- 1 -

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300