UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD HATCH,<br><br>            Plaintiff,<br><br>     v.<br><br>ACCLARRENT, INC., *et al.*,<br><br>            Defendants. | NO. C22-0323RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On October 10, 2022, Nolan Lim and the Nolan Lim Law Firm, PS, filed a motion to withdraw as counsel for plaintiff. The motion included a request for a stay of the above-captioned litigation, a request that was not joined by defendants and to which they have had no opportunity to respond. The Clerk of Court is directed to renote counsel's motion (Dkt. # 16) on the Court's calendar for Friday, October 21, 2022..

DATED this 11th day of October, 2022.

                                                /s/ Victoria Ericksen
                                     Victoria Ericksen, Deputy Clerk to
                                     the Honorable Robert S. Lasnik, Judge

MINUTE ORDER - 1