UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD HATCH,<br><br>            Plaintiff,<br><br>   v.<br><br>ACCLARRENT, INC., *et al*.,<br><br>           Defendants. | Cause No. C22-0323RSL<br><br>ORDER GRANTING<br>MOTION TO WITHDRAW<br>AND STAYING CASE |

This matter comes before the Court on "Plaintiff's Counsel['s] Motion to Withdraw and Request to Stay or Continue Deadlines." Dkt. # 16. Defendants having informed the Court that they do not oppose the relief requested, the motion is GRANTED. Ms. Lim is no longer counsel of record for plaintiff and is hereby relieved of all duties other than transmitting the case files to plaintiff. The Clerk of Court is directed to terminate Mr. Lim's participation in this case and to include plaintiff's contact information in the docket:

    11808 NE 137th Ave.
    Brush Prairie, WA 98606
    (206) 660-3898

Plaintiff is now proceeding pro se in this litigation. Unless and until he retains new counsel, he is expected to follow the local rules of this district (found at https://www.wawd.uscourts.gov/sites/wawd/files/WDWA_Local_Civil_Rules_Clean_1.19.21.p

ORDER - 1

df) and the Federal Rules of Civil Procedure. Plaintiff is advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

The above-captioned matter is hereby STAYED for all purposes until December 10, 2022, to allow plaintiff to obtain new counsel. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within fourteen days of December 10, 2022, or the appearance of new counsel for plaintiff, whichever occurs first, submit a joint status report setting forth the parties' recommendations for a new trial date.

Dated this 19th day of October, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2