# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD HATCH, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ACCLARENT, INC.; JOHNSON AND JOHNSON,<br><br>    Defendants. | Case No. 2:22-cv-00323-RSL<br><br>**ORDER GRANTING SECOND JOINT STIPULATED MOTION TO CONTINUE THE STAY OF THE CASE** |

This matter having come before the Court on the Second Joint Stipulated Motion to Continue the Stay of the Case, the Court having considered the Motion and having been fully advised, now therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED for good cause shown, and the above-captioned matter is hereby STAYED for all purposes until March 23, 2023.

Dated this 27th day of February, 2023.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING 2ND JOINT STIPULATED MOTION
TO CONTINUE THE STAY OF THE CASE

- 1

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300