UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD HATCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACCLARENT, INC.; JOHNSON AND JOHNSON,<br><br>Defendants. | Case No. 2:22-cv-00323-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

### STIPULATION

Plaintiff Todd Hatch and Defendant Acclarent, Inc. (collectively, the "Parties"), hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Acclarent, Inc. and Johnson and Johnson, Inc., and all counterclaims and causes of action against Plaintiff Todd Hatch, in the above-captioned case with prejudice and without costs or attorneys' fees to either party.

//
//
//
//
//
//

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE  CASE
NO. 2:22-CV-00323-RSL                           - 1

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1   IT IS SO STIPULATED this 29th of June, 2023.

*signature: Todd Hatch*

Todd Hatch
Toddhatch61@gmail.com
11808 NE 137th Ave.
Brush Prairie, WA 98606
Telephone: 206.660.3898

*Plaintiff*

   s/ Laura Y. Davis
Megan Crowhurst, WSBA No. 50795
mcrowhurst@littler.com
Wells Fargo Tower
1300 S.W. 5th Avenue, Suite 2050
Portland, OR 97201
Telephone: 503.221.0309

Laura Davis, WSBA No. 52035
ladavis@littler.com
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300

*Attorneys for Defendant Acclarent, Inc.*

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE   CASE
NO. 2:22-CV-00323-RSL                - 2

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

**ORDER**

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing Stipulated Motion, now, therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action asserted in the above-captioned case against Acclarent, Inc., Johnson & Johnson, Inc., and counterclaims and causes of action asserted in the above-captioned case against Todd Hatch, are dismissed with prejudice, and without costs or attorneys' fees to either party.

DATED this  3rd  day of  July  2023.

c

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*Presented by:*

_____
Todd Hatch
Toddhatch61@gmail.com
11808 NE 137th Ave.
Brush Prairie, WA 98606
Telephone: 206.660.3898

*Plaintiff*

s/ Laura Y. Davis
_____
Megan Crowhurst, WSBA No. 50795
mcrowhurst@littler.com
Wells Fargo Tower
1300 S.W. 5th Avenue, Suite 2050
Portland, OR 97201
Telephone: 503.221.0309

Laura Davis, WSBA No. 52035
ladavis@littler.com
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300

*Attorneys for Defendant Acclarent, Inc.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE   CASE NO. 2:22-CV-00323-RSL

- 3 -

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300